UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTOINE HUYE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:19CV1668 RLW |
| | ) |
| PRECC, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal filed by the parties (ECF No. 13),

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this cause of action is **DISMISSED** without prejudice.

Dated this 5th day of September, 2019.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**